## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br><br>LC GRACE<br>SSAN: XXX-XX-2166<br><br>FANNIE GRACE<br>SSAN: XXX-XX-1107<br><br>Debtor(s) | Case No. 17-31491-DHW<br>Chapter 13 |

### TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on May 25, 2017.

2. The debtor(s) §341 Meeting of Creditors was held June 28, 2017.

3. The debtor(s) overall pay record is 100%.

(**X**) The Trustee has not received the debtor(s) tax returns as required by 11 U.S.C. § 521.

(**X**) The debtor(s)' plan fails to meet the best interest of creditors test as discussed at the 341.

(**X**) The following creditor was not listed in the debtor(s)' schedules but filed their claim as secured or priority. The debtor(s)' plan fails to make provisions for this claim:

> Creditor: REGIONAL MANAGEMENT CORP
> Court Claim Number: 1
> Account Number: 2702 NO PROV
> Claim Amount: $2,256.21
> Claim Filed As: SECURED

(**X**) Schedule I has not been amended to reflect Debtor's part time employment with Sodexo.

(**X**) Debtors were to provide a copy of an appraisal for the real property listed on Schedule A, or amend the value to reflect the tax assessed value.

(**X**) Debtors took a housing deduction on Schedule J, but did not make corresponding provisions on the plan for the mortgages.

**(X)** While doing a property search, the Trustee found real property in Debtor's name that was not disclosed on the schedules.

    WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtor(s) plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this July 24, 2017.

                                                            Sabrina L. McKinney
                                                            Chapter 13 Standing Trustee

                                                        By: /s/*Audrey L. Willis*
                                                            Audrey L. Willis
                                                            Staff Attorney

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: willisa@ch13mdal.com

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this July 24, 2017.

Copy to: DEBTOR(S)
          RICHARD D SHINBAUM

                                              /s/*Audrey L. Willis*
                                              Audrey L. Willis
                                              Staff Attorney