**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

In re                                           Case No. 16−33378
                                                Chapter 13
Gary Sawyer,

     Debtor.

## NOTICE OF RESCHEDULED HEARING

PLEASE TAKE NOTICE that a telephone hearing will be held

on July 10, 2017 at 01:30 PM

to consider and act upon the following:

*29* – Motion for Relief from Stay . Fee Amount $181, in addition to Motion for Relief from Co−Debtor Stay , or in the alternative Motion for Adequate Protection filed by Jonathan Mancil Smothers on behalf of Regions Bank dba Regions Mortgage. (Smothers, Jonathan)

The automatic stay shall remain in effect until final disposition of this motion.

---

Each party desiring to be heard MUST CALL TeleConference Services at least 5 minutes prior to the commencement of court.

        PHONE: **1−888−431−3632 Participant Code: 361328**
        CONFERENCE HOST: Jackie McLain

You will be asked to provide the name of the conference host and the name of the caller.

Conference calls may be amplified throughout the entire courtroom. During the conference call and especially while court is in session, please maintain proper telephone etiquette. Your cooperation is appreciated and will serve to expedite the hearing process.

      – Mute your telephone as applicable until your case is called
      – Do not place the phone on hold during the call as many companies utilize background music

      If you cannot mute your phone:
      – Do not conduct work such as paper shuffling or keyboard typing
      – Do not address the court until you are called upon
      – Remain silent while waiting
      – Refrain from making unnecessary noise
      – Turn off electronics that broadcast sound – television, radio
      – Follow conference coordinator instructions as provided

Cases are called in the order determined by the court. Your case will be called as soon as possible.

Dated June 20, 2017

*[signature]*

Juan–Carlos Guerrero
Clerk of Court

```
                          United States Bankruptcy Court
                           Middle District of Alabama
In re:                                                     Case No. 16-33378-DHW
Gary Sawyer                                                Chapter 13
        Debtor                  CERTIFICATE OF NOTICE
```

District/off: 1127-2          User: jmclain            Page 1 of 1                 Date Rcvd: Jun 20, 2017
                              Form ID: nhATT888        Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 22, 2017.
db         +Gary Sawyer,    430 Stroll Drive,    Montgomery, AL 36117-3153
cr         +Regions Bank dba Regions Mortgage,    7130 Goodlett Farms Pkwy,    Cordova, TN 38016-4991
intp      #+Tara B. Sawyer,    430 Stroll Drive,    Montgomery, AL 36117-3153
intp      #+Tara Sawyer,    430 Stroll Drive,    Montgomery, AL 36117-3153

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
3662350       E-mail/Text: newbk@Regions.com Jun 20 2017 20:32:29      REGIONS MORTGAGE,
               ATTN: BANKRUPTCY DEPT., AX2,   P.O. BOX 1860,   Memphis, TN 38101-1860
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 20, 2017 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Jonathan Mancil Smothers    on behalf of Creditor    Regions Bank dba Regions Mortgage
               jsmothers@logs.com
              Leonard N. Math    on behalf of Creditor    MAX CREDIT UNION noticesmd@chambless-math.com
              Leonard N. Math    on behalf of Creditor    GUARDIAN CREDIT UNION noticesmd@chambless-math.com
              Richard D. Shinbaum    on behalf of Debtor Gary  Sawyer rshinbaum@smclegal.com,
               scarter@smclegal.com;cthornton@smclegal.com
              Sabrina L. McKinney    trustees_office@ch13mdal.com
                                                                                             TOTAL: 6