The relief described hereinbelow is SO ORDERED

Done this 2nd day of August, 2017.

*Dwight A. Williams, Jr.*

**Dwight H. Williams, Jr.**
**United States Bankruptcy Judge**



_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| IN RE:<br><br>Gary Sawyer<br>        Debtor, | CASE NO: 16-33378 |

## ORDER CONDITIONALLY DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY AND PROVIDING ADEQUATE PROTECTION AS TO REGIONS BANK DBA REGIONS MORTGAGE

This matter coming on to be heard upon the Motion For Relief From the Automatic Stay and Co-Debtor Stay or in the Alternative Motion for Adequate Protection filed by Regions Bank dba Regions Mortgage and the Court being informed that the Debtor, and Regions Bank dba Regions Mortgage have reached an agreement. Based on that agreement, it is therefore, ORDERED, ADJUDGED AND DECREED as follows:

1. The Motion For Relief From the Automatic Stay and Co-Debtor Stay is CONDITIONALLY DENIED as to any arrearage due in connection with the mortgage involved through the month of April 2017, subject to the further provisions of this Order.

2. The post-petition arrearage owed to Regions Bank dba Regions Mortgage through the month of April 2017, in the amount of $3,143.08 shall be added to the Plan and shall be paid by the Trustee upon the filing of a Proof of Claim. The following is a breakdown of the arrearage to be added to the Plan:

| | |
|---|---|
| 5 payments @ $466.51 each 12/1/2016- 4/1/2017 | $2,332.55 |
| Bky Atty Fee | $650.00 |
| Court Cost | $181.00 |
| Less Suspense | $(20.47) |
| Total | $3,143.08 |

3. The plan payments are increased to $150.00 WEEKLY and the specified payment on the claim is $61.00. A specified payment of $50.00 is added to Court claim #8 in order to make provisions for the pre-petition arrears and to maintain feasibility of the plan.

4. As adequate protection, Debtor shall resume the regular consecutive monthly payments in the amount of $463.89 beginning with the payment due May 1, 2017. Said payments shall be paid directly by the Debtor to Regions Bank dba Regions Mortgage.

5. The Automatic Stay and Co-Debtor Stay is hereby MODIFIED to the extent that should the Debtor fail to maintain such full monthly payments then twenty (20) days after the mailing of written notice by Regions Bank dba Regions Mortgage to Debtor, Debtor's attorney and Trustee regarding such default, and such default continuing past such twenty (20) day period, Regions Bank dba Regions Mortgage may proceed with the foreclosure of the real property in accordance with the terms of its mortgage and the Alabama Code without further order of this Court and shall thereafter amend its claim for the unsecured deficiency which may thereafter remain.

6. In the event the automatic stay and co-debtor stay is terminated pursuant to the terms of this Order, Regions Bank dba Regions Mortgage shall not be required to file a Notice of Mortgage Payment Change, Fee Notice and/or a response to the Trustee's Notice of Final Cure as contemplated by Rule 3002.1 of the Federal Rules of Bankruptcy Procedure.

7. Bankruptcy Rule 3001(c)(2)(C), as amended, is not applicable to the Supplemental Proof of Claim to be filed in connection with this Order and Regions Bank dba Regions Mortgage shall not be required to file an escrow account statement as of the date of the bankruptcy filing if one has not previously been filed.

8. In the event the automatic stay and co-debtor stay is terminated pursuant to the terms of this Order, Bankruptcy Rule 4001(a)(3) shall not apply and the Creditor may proceed immediately with foreclosure.

| Order consented by: | Order prepared by: |
|---|---|
| Richard D. Shinbaum | Helen Ball |
| Shinbaum & Campbell | Shapiro and Ingle, LLP |
| P.O. Box 201 | 704-333-8107 |
| Montgomery, AL 36101-0201 | File No: 17-012604 |
| (334)269-4440 | |

Sabrina L. McKinney
Standing Ch 13 Trustee
P.O. Box 173
Montgomery, AL 36101
(334)262-8371

**END OF DOCUMENT**